UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. DOE, | No. C04-02672 CRB (JCS) |
| Plaintiff(s), | **ORDER TO MEET AND CONFER, AND NOTICE OF HEARING ON DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES [Docket No. 29]** |
| v. | |
| ALAMEDA UNIFIED SCHOOL, ET AL., | |
| Defendant(s). | **(E-FILING CASES)** |

On August 12, 2005, the Court received and filed a letter from Defendants which shall be construed as a Motion to Compel Further Responses to Special Interrogatories (the "Motion").

IT IS HEREBY ORDERED that lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person** regarding the subject matter of the Motion in an effort to resolve the matter. By **August 30, 2005,** the parties shall provide a detailed Joint Letter to the Court on the lead trial counsels' meet-and-confer session. This Joint Letter shall include a description of every issue still in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and its final proposed compromise on each issue.

The hearing on the Motion is set for **September 2, 2005, at 1:30 p.m.,** in Courtroom A, 15th Floor, San Francisco, CA.

IT IS SO ORDERED.

Dated: August 17, 2005

JOSEPH C. SPERO
United States Magistrate Judge