IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. DOE,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA UNIFIED SCHOOL et al,<br><br>    Defendants. | No. C 04-02672 CRB<br><br>**PROTECTIVE ORDER** |

The Court is in receipt of a videotape of an interview conducted at the Alameda County CALICO Center. The Court hereby adopts the Alameda County Standing Order regarding such interviews. See Exhibit A.

**IT IS SO ORDERED.**

Dated: November 7, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2672\order protective.wpd