**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M. DOE et al.,

    Plaintiffs,

  v.

ALAMEDA UNIFIED SCHOOL DISTRICT et al.,

    Defendants.
_____/

No. C 04-02672 CRB

**ORDER**

On November 18, 2005, the Court held oral argument on some of the defendants' motion for summary judgment. In open court, the Court granted plaintiffs' counsel leave to conduct further discovery pursuant to Federal Rule of Civil Procedure 56(f) to determine precisely what kind of authority the director of the Center possessed during the relevant time period of this lawsuit. Plaintiffs may submit a supplemental brief on this issue on or before December 23, 2005. Defendants may file a reply to that brief on or before January 6, 2006. The Court will advise the parties if further oral argument is necessary.

//
//
//
//

1 | The January 9, 2006 trial date is hereby vacated. The Court will schedule a case
2 | management conference to set a new trial date after its ruling on this motion, if necessary.
3 | **IT IS SO ORDERED.**

Dated: November 21, 2005

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE