1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M. DOE, E. DOE et al.,                          No. C 04-02672 CRB

            Plaintiffs,                         **ORDER**

    v.

ALAMEDA UNIFIED SCHOOL DISTRICT
et al.,

            Defendants.
_____/

    Now pending before the Court is plaintiffs' *ex parte* application for a one-week

continuance of the supplemental briefing schedule included in the Court's November 21,

2005 Order.  The Court hereby GRANTS the application and sets the revised briefing

schedule as follows:

    1.    Plaintiffs may submit a supplemental brief on or before December 30, 2005.

    2.    Defendants may submit a response on or before January 13, 2005.

**IT IS SO ORDERED.**


                                            _____/S/_____
Dated: December 20, 2005                    VAUGHN R. WALKER
                                            UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28